JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRUCE ALLEN SWENSON,

        Plaintiff,

    v.

CDCR SECRETARY, ET AL.,

        Defendants.

Case No. 2:24-cv-07164-JLS-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to state a cognizable claim for relief.

DATED:  April 14, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE